**FILED**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

APR 2 1 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
　　　　　　DEPUTY CLERK

Mark Beliaev,
　　　Plaintiff,

v.

U.S. Immigration and Customs Enforcement (ICE), Department of Homeland Security (DHS),
and Officer Smith (full name unknown),
　　　Defendants.

Case No.: (To be assigned)

2:25-CV- 1046  TLN JDP

# MOTION FOR PERMANENT INJUNCTIVE RELIEF

## I. INTRODUCTION

Plaintiff, Mark Beliaev, respectfully moves this Court for a permanent injunction ordering the removal of the GPS ankle monitor currently imposed by the U.S. Immigration and Customs Enforcement (ICE) through the Intensive Supervision Appearance Program (ISAP). The continued use of electronic monitoring is arbitrary, punitive, and not supported by any reasonable justification, especially in light of Plaintiff's protected legal status under the Convention Against Torture, which permits him to live and work in the United States indefinitely and prohibits removal to his home country

This motion is supported by Plaintiff's attached declaration, supporting exhibits, and the previously filed Complaint in this matter.

## II. FACTUAL BACKGROUND

1. Plaintiff was released from ICE custody on December 13, 2024, after being granted withholding of removal under the Convention Against Torture (CAT).
2. Since release, Plaintiff has complied fully with ICE and ISAP requirements, including attending multiple in-person and telephonic appointments, wearing the GPS monitor, and filing appropriate legal motions.
3. On March 27, 2025, Plaintiff's Motion to Reopen was received by the Immigration Court in Jena, Louisiana. The motion was subsequently denied on April 11, 2025, and Plaintiff has filed a timely appeal to the Board of Immigration Appeals (BIA) on April 14, 2025.
4. On April 17, 2025, during an ISAP in-person appointment, the assigned officer (Fatima Silva) informed Plaintiff that ICE had responded to a GPS removal request by stating that Plaintiff's motion to reopen "had not been received" — a false statement contradicted by official court records.

5. Ms. Silva refused to provide ICE's written response, claiming it contained ICE officer personal information, further denying Plaintiff access to decisions that directly impact his liberty.

6. ISAP supervision has escalated without justification, including more frequent in-person and telephonic check-ins, and misclassification of Plaintiff as "Pre-Order" despite CAT protection.

7. These actions have resulted in emotional distress, physical discomfort, public humiliation, and financial hardship. Plaintiff remains unable to secure employment due to the GPS monitor and frequent interruptions caused by ISAP demands.

## III. LEGAL STANDARD

A permanent injunction is warranted when a plaintiff demonstrates:

1. That he has suffered an irreparable injury;

2. That remedies available at law are inadequate;

3. That considering the balance of hardships, a remedy in equity is warranted; and

4. That the public interest would not be disserved by a permanent injunction. eBay Inc. v. MercExchange, L.L.C., 547 U.S. 388, 391 (2006).

## IV. ARGUMENT

1. Irreparable Harm: Plaintiff suffers ongoing emotional stress, pain, and loss of dignity caused by the GPS monitor and escalated ISAP control. These harms cannot be undone or compensated through money alone.

2. Inadequate Legal Remedies: Continued use of electronic monitoring without cause or transparency presents a due process violation and limits Plaintiff's liberty in a way that no monetary remedy can reverse.

3. Balance of Hardships: ICE will suffer no prejudice by removing the monitor, especially as Plaintiff is not a flight risk, poses no danger, and has legal protection under CAT. In contrast, Plaintiff continues to suffer significant personal and financial harm.

4. Public Interest: Public interest is served when government agencies are required to follow the law and treat individuals humanely, particularly those already recognized as vulnerable under international protection agreements.

## V. REQUEST TO INCREASE COMPENSATION DEMAND

Plaintiff also notifies the Court that due to ongoing escalations by ICE and ISAP, he intends to increase his compensation demand in this action. Plaintiff is preparing a month-by-month record of:

- Rent and utility payments
- Food and transportation costs
- Missed employment income
- Other economic losses caused by ICE restrictions

These expenses, in addition to continued emotional harm, warrant a revised damages claim exceeding the original $200,000 estimate.

## VI. RELIEF REQUESTED

Plaintiff respectfully requests that this Court:

1. Order the immediate and permanent removal of Plaintiff's GPS ankle monitor;

2. Declare ICE's continued use of GPS monitoring to be arbitrary, capricious, and in violation of Plaintiff's constitutional rights;

3. Permit Plaintiff to amend his complaint to reflect increased damages based on continued harm;

4. Grant any other relief the Court deems just and proper.


Dated: 04.17.2025
Respectfully submitted,


Mark Beliaev
3416 Lerwick Rd
Sacramento,CA 95821
Signature:

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

Mark Beliaev,
Plaintiff,

v.

U.S. Immigration and Customs Enforcement (ICE), Department of Homeland Security (DHS),
and Officer Smith (full name unknown)
Defendants.

Case No.: (To be assigned)

## CERTIFICATE OF SERVICE

I, Mark Beliaev, hereby certify that on 04.18.2025, I served a copy of the following document:

Motion for Permanent Injunctive Relief

by placing a true and correct copy in a sealed envelope with proper postage affixed and deposited it in the United States mail addressed to the following parties:

1. U.S. Immigration and Customs Enforcement (ICE)
Office of Chief Counsel – ICE
630 Sansome Street, Room 590
San Francisco, CA 94111

2. Department of Homeland Security (DHS)
Office of the General Counsel
2707 Martin Luther King Jr. Avenue SE
Washington, DC 20528

3. Officer Smith (full name unknown)
ICE Sacramento Field Office
650 Capitol Mall
Sacramento, CA 95814

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 04.18.2025

Respectfully submitted,

Mark Beliaev
3416 Lerwick Rd
Sacramento, CA 95821
(279) 265 85-17

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

Mark Beliaev,
Plaintiff,

v.

U.S. Immigration and Customs Enforcement (ICE), Department of Homeland Security (DHS),
and Officer Smith (full name unknown)
Defendants.

Case No.: (To be assigned)

## DECLARATION OF MARK BELIAEV IN SUPPORT OF MOTION FOR INJUNCTIVE RELIEF

I, Mark Beliaev, declare under penalty of perjury under the laws of the United States that the following is true and correct to the best of my knowledge:

1. I am the Plaintiff in this case. I submit this declaration in support of my Motion for Permanent Injunctive Relief.

2. I was granted withholding of removal under the Convention Against Torture and released from ICE custody on December 13, 2024. I have complied fully with all conditions of supervision since that time.

3. I have been wearing a GPS ankle monitor since my release. It causes me physical discomfort, emotional distress, and publicly marks me in ways that prevent me from finding employment. Employers have refused to consider me once they notice the device.

4. At my previous ICE appointment in December 2024, an officer (who did not identify himself) informed me that the GPS bracelet would be removed in three months—at my next appointment on March 12, 2025.

5. On March 12, 2025, I appeared at the Sacramento ICE Field Office. Officer Smith told me, "I don't care what you were told, I will not take off your GPS bracelet now," and set my next appointment for June 30, 2025. He did not provide any written explanation.

6. I then submitted formal written requests to both the Sacramento and San Francisco ICE offices asking for the bracelet's removal. I also submitted complaints to CRCL (twice online

and once via mail), the ACLU of Northern California, and requested help from Congressman Ami Bera.

7. On April 17, 2025, I attended an in-person ISAP appointment. The ISAP worker, Fatima Silva, told me that ICE refused to remove my GPS bracelet because my Motion to Reopen "was not received by the court." This is false. My motion was received by the Jena Immigration Court on March 27, 2025, denied on April 11, 2025, and I timely appealed that decision to the BIA on April 14, 2025.

8. When I asked for a copy of ICE's response, Ms. Silva refused, saying it included the ICE officer's personal information. I was never provided any written explanation.

9. ISAP has escalated my monitoring without cause. I've been called for multiple in-person appointments, including on April 7 and April 17, with virtual and phone check-ins in between. Their Individual Service Plan falsely lists my status as "Pre-Order," despite my CAT protection.

10. These appointments, combined with the GPS bracelet, have caused emotional exhaustion and prevented me from pursuing job opportunities. I am actively seeking a job, but the monitoring and physical presence of the GPS device keep getting in the way. I am also unable to wear shorts in public because the GPS bracelet is visible and draws attention, and I cannot comfortably train at the gym due to the device's size and discomfort.

11. I have also developed bald spots on my head from stress after my time in ICE detention. I am in the process of seeking medical and psychological evaluations to document the harm I've suffered.

12. I respectfully ask the Court to grant my request for permanent removal of the GPS ankle monitor. The surveillance and physical restraint are unjustified, harmful, and unsupported by law.

Executed on 04.17.2025

Mark Beliaev
3416 Lerwick Rd
Sacramento, CA 95821

# EXHIBITS SUPPORTING MOTION FOR INJUNCTIVE RELIEF

### Exhibit A

Copy of ICE Supervision Order
Describes Plaintiff's conditions of release and confirms GPS monitoring requirement.

### Exhibit B

Individual Service Plan (ISAP)
Shows ISAP requirements, including in-person and telephonic check-ins, with notations of "Pre-Order" status despite CAT protection.

### Exhibit C

EOIR Portal Screenshot
Proof that Plaintiff's Motion to Reopen was received by the Immigration Court on March 27, 2025.

### Exhibit D

Denial Order from Immigration Judge
Official denial dated April 11, 2025.

### Exhibit E

EOIR-26 Form (Notice of Appeal)
Filed on April 14, 2025, appealing the denial to the BIA.

### Exhibit F

April 17, 2025 ISAP Appointment Notes
Summary of conversation with ISAP officer Fatima Silva, including her refusal to provide ICE's written response and her statement that removal was denied based on false claim.

### Exhibit G

Congressional Inquiry Response
April 8, 2025 letter from Congressman Ami Bera's office with ICE's official reply regarding GPS bracelet.

### Exhibit H

ACLU and CRCL Complaints
Confirmation and summary of complaints filed online and via mail, challenging ICE monitoring conditions.

### Exhibit I

Photographic Proof of Bald Spots
Documenting physical harm caused by prolonged stress under ICE detention and monitoring.

### Exhibit J

Evidence of Employment Interference
Notes on job application rejections or testimony describing how GPS bracelet interfered with employment.

### Exhibit K

EOIR Judicial Complaint Response
Letter from EOIR Judicial Conduct and Professionalism Unit acknowledging complaint against Immigration Judge Tanya Hasbrouck and confirming no action could be taken as she is no longer an active adjudicator.

# Exhibit A

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

**ORDER OF SUPERVISION**

File No.: **249 274 299**

Name: **BELIAEV, MARK**                          Date: **December 13, 2024**

On **September 30, 2024** , you were ordered:
  (Date of Final Order)

   ☐ Excluded or deported pursuant to proceedings commenced prior to April 1, 1997.

   ☒ Removed pursuant to proceedings commenced on or after April 1, 1997.

Because the agency has not effected your deportation or removal during the period prescribed by law, it is ordered that you be placed under supervision and permitted to be at large under the following conditions:

☒ That you appear in person at the time and place specified, upon each and every request of the agency, for identification and for deportation or removal.

☐ That upon request of the agency, you appear for medical or psychiatric examination at the expense of the United States Government.

☐ That you provide information under oath about your nationality, circumstances, habits, associations and activities and such other information as the agency considers appropriate.

☒ That you do not travel outside   **CALIFORNIA, USA**   for more than 48 hours without first having notified this
                            (Specify geographic limits, if any)
agency office of the dates and places, and obtaining approval from this agency office of such proposed travel.

☒ That you furnish written notice to this agency office of any change of residence or employment 48 hours prior to such change.

☒ That you report in person on   **01/07/2025 9:00 AM**   to this agency office at:
                           (Date/Time)
**See I-831**

_____
(Reporting Address)

☒ That you assist U.S. Immigration and Customs Enforcement in obtaining any necessary travel documents.

☐ Other: *Your release is contingent upon your enrollment and successful participation in an Alternatives to Detention (ATD) program as designated by the U.S. Department of Homeland Security. As part of the ATD program, you will be subject to electronic monitoring and may be subject to a curfew. Failure to comply with the requirements of the ATD program will result in a redetermination of your release conditions or your arrest and detention.*

*If fitted with a U.S. Immigration and Customs Enforcement GPS tracking ankle bracelet, do not tamper with or remove the device. Under federal law, it is a crime to willfully damage or attempt to damage property of the United States. Damaging or attempting to damage the GPS tracking ankle bracelet or any of its associated equipment (including, but not limited to, the charging station, batteries, power cords, etc.) may result in your arrest, detention, and prosecution under 18 U.S.C. § 1361 and/or 18 U.S.C. § 641, each punishable by a fine, up to ten years imprisonment, or both.*

☐ See attached sheet containing other specified conditions (Continue on separate sheet if required)

_____                          **RABE, C 8212 - SDDO**
    (Signature of ICE Official)                          (Print Name and Title of ICE Official)

**Alien's Acknowledgement of Conditions of Release under an Order of Supervision**

I hereby acknowledge that I have (read) (had interpreted and explained to me in the   **English**   language) the contents of this order, a copy of which has been given to me. I understand that failure to comply with the terms of this order may subject me to a fine, detention, or prosecution.

**WILSON, KAYLUP**
**Deportation officer**
_____                          _____
  (Signature of ICE Official Serving Order)                          (Signature of Alien)

**12/13/2024**
  (Date)

ICE Form I-220B (10/20)                          Page 1 of  **5**

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF SUPERVISION (CONTINUATION PAGE)

| Alien Name | | | Picture | Right Index Print |
|---|---|---|---|---|
| **BELIAEV, MARK** | | | | |
| File Number | Date | | | |
| **249 274 299** | **December 13, 2024** | | | |
| Alien's Signature | | | | |
| Alien's Telephone Number (if any) | | | | |
| **(614) 615-8146** | | | | |
| Alien's Address | | | | |
| **2246 Cottage way** | | | | |
| **Sacramento   CALIFORNIA   95825** | | | | |

### PERSONAL REPORT RECORD

| Date | Officer | Comment/Changes |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Signature | Title |
|---|---|
| **WILSON, KAYLUP** | **Deportation officer** |

ICE Form I-220B (10/20)                                                   Page 2 of  5



DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

**ORDER OF SUPERVISION (ADDENDUM)**

File No.: **249 274 299**

Name: **BELIAEV, MARK**                                    Date: **December 13, 2024**

☑ That you do not associate with know gang members, criminal associates, or be associated with any such activity.

☐ That you register in a substance abuse program within 14 days and provide ICE with written proof of such within 30 days. The proof must include the name, address, duration, and objectives of the program as well as the name of a counselor.

☐ That you register in a sexual deviancy counseling program within 14 days and provide ICE with written proof of such within 30 days. You must provide ICE with the name of the program, the address of the program, duration and objectives of the program as well as the name of a counselor.

☐ That you register as a sex offender, if applicable, within 7 days of being released, with the appropriate agency(s) and provide ICE with written proof of such within 10 days.

☑ That you do not commit any crimes while on this Order of Supervision.

☐ That you report to any parole or probation officer as required within 5 business days and provide ICE with written verification of the officer's name, address, telephone number, and reporting requirements.

☐ That you continue to follow any prescribed doctor's orders whether medical or psychological including taking prescribed medication.

☑ That you provide ICE with written copies of requests to Embassies or Consulates requesting the issuance of a travel document.

☑ That you provide ICE with written responses from the Embassy or Consulate regarding your request.

☑ Any violation of the above conditions will result in revocation of your employment authorization document.

☑ Any violation of these conditions may result in you being taken into Service custody and you being criminally prosecuted.

☐ Other:

X _____
           **Alien's Signature**

ICE Form I-220B (10/20)

Page 3 of **5**

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF SUPERVISION (OUTPROCESSING CHECKLIST)

**All Aliens**

- ☑ Probation/Parole Officer Notified
- ☑ Obtain address where living and telephone number
- ☑ Enter into IDENT
- ☑ NCIC Check
- ☑ Travel Document Application

**Sex Offenders** *Not SO*

- ☑ Probation/Parole Officer Notified
- ☑ Registered as sex-offender as required by state statute within 7 days
- ☑ Victim/Witness Coordinator Notified
- ☑ Victim/Witness Notified
- ☑ Written Proof of Counseling

**Substance Abusers** *Not SA*

- ☑ Probation/Parole Officer Notified
- ☑ Written Proof of Counseling

| Completed By | |
|---|---|
| ICE Official<br>WILSON, KAYLUP | Date<br>12/13/2024 |

| Concurrence By | |
|---|---|
| Supervisory ICE Official<br>NASH, C 8212 | Date<br>12/13/2024 |

ICE Form I-220B (10/20)

Page 4 of __5__

| ...ment of Homeland Security | | Continuation Page for Form I-220B | |
|---|---|---|---|
| ...'s Name<br>LIAEV, MARK | File Number<br>249 274 299<br>Event No: SYS2309009278 | | Date<br>12/13/2024 |

LOCATION OF ICE OFFICE WHICH YOU REPORT TO
--------------------------------------------------
U.S. IMMIGRATION & CUSTOMS ENFORCEMENT
ERO - Sacramento, CA
Sacramento CA
650 Capitol Mall, Room I-120
 Sacramento, CA 95814
(916) 329-4300

| Signature<br>WILSON, KAYLUP | Title<br>Deportation officer |
|---|---|

5 of 5 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

# Exhibit B

 **Individual Service Plan**

**Report Date: 04/17/2025**
**Created By: Fatima Silva**
**ISAP Office: BI ISAP Sacramento**
**Enrollment Date: 12/16/2024**
**Participant Name: Mark Beliaev**
**Alien #: 249274299**
**Assigned Case Specialist: Fatima Silva**

**Personal Information**
**Primary Address: 3416 lerwick rd , Sacramento, CA**
**Home Phone:**
**Mobile Phone: +1 2792658517**

**Supervision Plan**

| Legal | Stage: | PostOrder |
|---|---|---|

**Service Plan: Office Visits Every Four Weeks, ISAP Case Management, ISAP Court Tracking, ISAP Home Visits Every 4 Weeks, Residence Verification**
**Technology: BI LOC8 XT for ISAP**
**Frequency of Reporting: Face to Face 12/26/2024  no end; Occurs every 16 Weeks on Thursday at 09:45**

You are required to report to the ISAP office according to the schedule listed above unless you obtain the consent of your ISAP Case Specialist. If you are enrolled on Electronic Monitoring, you will comply with the rules and expectations of Electronic Monitoring. If you are enrolled on GPS, you will not attempt to tamper with or remove the GPS unit for any reason. If you are enrolled on Telephonic Reporting or SmartLINK, you will complete the phone calls or checkins as required and immediately report any changes related to the telephone number that you provided for those calls or check ins. You will abide by a weekly schedule, and will notify your Case Specialist of any changes a minimum of 24 hours in advance. You understand that Home Visits may be completed within times that your schedule indicates you are home. You must also comply with all program rules as well as any additional requirements listed in your ERO Order of Recognizance or Order of Supervision.

**Translation Plan**
**Languages Spoken: English**
**English Spoken Proficiency: Fluent**

**Transportation Plan**
Type: Public Transportation
Comment: You will use a public transportation

Type: Personal Contact
Comment: You will use your personal contacts

**Employment**

**Personal Contacts**

Name: Elena Pulleeva
Relationship: Parent
Address:
Phone: +1 9163012276
Lives with Participant: False
Last Verified On: 04/17/2025

Name: Denis Eremeev
Relationship: Friend
Address:
Phone: +1 9164749546
Lives with Participant: False
Last Verified On: 02/19/2025

**Legal Plan**
Plan: You are currently in the PreOrder legal stage You will attend your court hearing as scheduled and report the
results of that hearing to ISAP immediately afterward. You will inform ISAP if there are any changes in your legal
representation or status. If you are ever in need of legal referrals you may obtain a list from the ISAP office. You will
notify ISAP immediately or as soon as possible should you have contact with law enforcement for any reason. You
will check the automated court system together with your Case Specialist at every office visit to verify future court
hearings

Attorney Name:
Attorney Address:
Attorney Phone:

**Criminal Activity**
No known criminal activity

**Departure Plan**
Departure Date:
Departure Plan Comment: You are currently in the PreOrder legal stage in the event you receive an order of removal, we have discussed the following: you will have a plan b

Additional Travelers:
Additional Travelers Comment:
Travel Method:

**Travel Document**
Document Status: Instructed to Visit Consulate
Issuing Country:
Document Type:
Document Number:
Submitted By:
Submitted On:
Expiration Date:
Plan: Participant stated that the Passport is with ERO

**Community Referrals**

Notes: null You and the Case Specialist agreed that no community referrals are needed at this time. The Case Specialist will continue to assess you at each visit for any needed services. You have been made aware of the community referrals available and agree to alert staff if a referral would be helpf...

*Mark Beliaev*
Participant

*4/17/2025 at 9:54*
Date

*Fatima Silva*
Case Specialist

*4/17/2025 at 9:54*
Date

**11:25**

# Calendar

**In Person Office Visit**
09:45 - 10:00                    4/17/2025

**In Person Home Visit**
06:00 - 18:00                    4/29/2025

**Virtual Office Visit**
09:45 - 10:00                    5/15/2025

**Virtual Home Visit**
06:00 - 18:00                    5/27/2025

**Virtual Office Visit**
09:45 - 10:00                    6/12/2025

**Virtual Home Visit**
06:00 - 18:00                    6/24/2025

**ERO Check-in**
08:00 - 10:00                    6/30/2025

**Virtual Office Visit**
09:45 - 10:00                    7/10/2025

Calendar   Resources   Home   Documents   Messages

# Exhibit C



Name: BELIAEV, MARK | A-Number: 249-274-299 | Docket Date: 12/18/2023

**Next Hearing Information**

*There are no future hearings for this case.*

**Court Decision and Motion Information**

The immigration judge **GRANTED** CAT Withholding.

**DECISION DATE**
September 30, 2024

**COURT ADDRESS**
830 PINEHILL ROAD
JENA, LA 71342

**MOTION TO REOPEN, IJ JURISDICTION**
A Motion to Reopen IJ Jurisdiction was **RECEIVED** on **March 27, 2025.**

# Exhibit D



UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
LASALLE IMMIGRATION COURT

Respondent Name:
    BELIAEV, MARK

To:
    Karimova Romanyuk, Maria
    12932 S 152nd East Ave
    Broken Arrow, OK 74011

A-Number:
249274299
Riders:
In Removal Proceedings
Initiated by the Department of Homeland Security
Date:
04/11/2025

### ORDER OF THE IMMIGRATION JUDGE

    ☑ Respondent  ☐ the Department of Homeland Security has filed a motion to reopen these proceedings. Upon reading and considering the motion, and any opposition from the non-moving party, the motion is  ☐ granted ☑ denied for the following reason(s):

☐  The motion is untimely and fails to meet any exceptions. *See* 8 C.F.R. § 1003.23(b)(1),(4).

☐  The motion is numerically barred and fails to meet any exceptions. *See* 8 C.F.R. § 1003.23(b)(1),(4).

☑  The moving party failed to provide evidence demonstrating changed circumstances that is material and that was unavailable or could not have been discovered or presented at the previous proceedings. *See* 8 C.F.R. § 1003.23(b)(4)(i).

☐  The moving party failed to submit the appropriate application for relief and any accompanying documents. *See* 8 C.F.R. § 1003.23(b)(3).

☐  The Respondent has been removed or otherwise departed from the United States. *See* 8 C.F.R. § 1003.23(b)(1).

☐  Other:

Immigration Judge: Kandra Robbins 04/11/2025

Certificate of Service

This document was served:
Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable
To: [ ] Noncitizen | [ ] Noncitizen c/o custodial officer | [ E ] Noncitizen's atty/rep. | [ E ] DHS
Respondent Name : BELIAEV, MARK | A-Number : 249274299
Riders:
Date: 04/11/2025 By: Rowe, Katie, Court Staff

# Exhibit E

U.S. Department of Justice
Executive Office for Immigration Review
*Board of Immigration Appeals*

OMB# 1125-0002
Notice of Appeal from a Decision of an
Immigration Judge

1. List Name(s) and "A" Number(s) of all Respondent(s)/Applicant(s):
**Mark Beliaev, A-249 274 299**

For Official Use Only

Staple Check or Money Order Here. Include Name(s) and "A" Number(s) on the face of the check or money order.

⚠ WARNING: Names and "A" Numbers of everyone appealing the Immigration Judge's decision must be written in item #1. The names and "A" numbers listed will be the only ones considered to be the subjects of the appeal.

2. I am  [✓] the Respondent/Applicant DHS-ICE *(Mark only one box.)*

3. I am  [ ] DETAINED      [ ] NOT DETAINED  *(Mark only one box.)*

4. My last hearing was at LaSalle Immigration Court, Jena, LA _____ *(Location, City, State)*

5. What decision are you appealing?
*Mark only one box below. If you want to appeal more than one decision, you must use more than one Notice of Appeal (Form EOIR-26).*

[ ] I am filing an appeal from the Immigration Judge's decision *in merits proceedings* (example: removal, deportation, exclusion, asylum, etc.) dated _____ .

[ ] I am filing an appeal from the Immigration Judge's decision *in bond proceedings* dated _____ . (For DHS use only: Did DHS invoke the automatic stay provision before the Immigration Court? [ ] Yes [ ] No.)

[✓] I am filing an appeal from the Immigration Judge's decision *denying a motion to reopen or a motion to reconsider* dated 0 4.11.2025 _____ .

*(Please attach a copy of the Immigration Judge's decision that you are appealing.)*

Form EOIR-26
Revised Sept. 2019

Page 1 of 3

6.  State in detail the reason(s) for this appeal. Please refer to the General Instructions at item F for fur- ther guidance. You are not limited to the space provided below; use more sheets of paper if necessary. Write your name(s) and "A" number(s) on every sheet.
The Immigration Judge erred in denying the motion to reopen as untimely and numerically barred, despite Respondent presenting new and material evidence of changed conditions in Russia. The court also violated due process by sending the decision to a former attorney, despite the Respondent clearly appearing pro se.

*(Attach additional sheets if necessary)*

**! WARNING:** You must clearly explain the specific facts and law on which you base your appeal of the Immigration Judge's decision. The Board may summarily dismiss your appeal if it cannot tell from this Notice of Appeal, or any statements attached to this Notice of Appeal, why you are appealing

7   Do you desire oral argument before the Board of Immigration Appeals? ☑ Yes    ☐ No

Do you intend to file a separate written brief or statement after filing this Notice of Appeal? ☑ Yes    ☐ No

8   **! WARNING:** If you mark "Yes" in item #7, you should also include in your statement above why you believe your case warrants review by a three-member panel. The Board ordinarily will not grant a request for oral argument unless you also file a brief.

If you mark "Yes" in item #8, you will be expected to file a written brief or statement after you receive a briefing schedule from the Board. The Board may summarily dismiss your appeal if you do not file a brief or statement within the time set in the briefing schedule..

9.  | Sign Here ➡ |  X _____   04.14.2025
                    Signature of Person Appealing          Date
                    *(or attorney or representative)*

Form EOIR-26
Revised Sept. 2019

| 10. | Mailing Address of Respondent(s)/Applicant(s) | 11. | Mailing Address of Attorney or Representative for the Respondent(s)/Applicant(s) |
|---|---|---|---|

**Mark Beliaev**
(Name)

3416 Lerwick Rd
(Street Address)

(Apartment or Room Number)
Sacramento,CA 95821
(City, State, Zip Code)

(279) 265 85-17
(Telephone Number)

_____ (Name)

_____ (Street Address)

_____ (Suite or Room Number)

_____ (City, State, Zip Code)

_____ (Telephone Number)

**NOTE:** You must notify the Board within five (5) working days if you move to a new address or change your telephone number. You must use the Change of Address Form/Board of Immigration Appeals (Form EOIR-33/

**NOTE:** If an attorney or representative signs this appeal for you, he or she must file *with this appeal,* a No of Entry of Appearance as Attorney or Representative Before the Board of Immigration Appeals (Form EOIR-27).

---

12.

**PROOF OF SERVICE (You Must Complete This)**

I Mark Beliaev _____ mailed or delivered a copy of this Notice of Appeal
(Name)

on 04.14.2025 _____ to Office of Chief Counsel of DHS
(Date)            (Opposing Party)

at Office of Chief Counsel U.S. Immigration and Customs Enforcement Oakdale Immigration Court / LaSalle 1010 East Whatley Road Oakdale, LA 71463
(Number and Street, City, State, Zip Code)

| SIGN → HERE | X _____ |
| | Signature |

**NOTE:** If you are the Respondent or Applicant, the "Opposing Party" is the Assistant Chief Counsel of DHS - I

**WARNING:** If you do not complete this section properly, your appeal will be rejected or dismissed.

**WARNING:** If you do not attach the fee or a completed Fee Waiver Request (Form EOIR-26A) to this appe your appeal may be rejected or dismissed.

**HAVE YOU?**

- ☑ Read all of the General Instructions
- ☑ Provided all of the requested information
- ☑ Completed this form in English
- ☑ Provided a certified English translation for all non-English attachments
- ☑ Signed the form

- ☑ Served a copy of this form and all attachments on the opposing party
- ☑ Completed and signed the Proof of Service
- ☑ Attached the required fee or Fee Waiver Request
- ☐ If represented by attorney or representative, attac a completed and signed EOIR-27

Page 3 of 3

Form EOIR-26
Revised Sept. 2019

# Exhibit F

On April 17, 2025, I appeared for a scheduled in-person office visit at the ISAP office in Sacramento.

I asked ISAP worker Fatima Silva why my GPS bracelet had not been removed, since I had filed a Motion to Reopen and my legal case was pending. She told me that ICE responded to her on April 8, 2025 and said the bracelet could not be removed because my Motion to Reopen was "not received by the court."

This statement is false. I informed her that the EOIR online portal shows that my Motion to Reopen was received by the immigration court on March 27, 2025, and denied on April 11, 2025, and that I have since filed an appeal to the Board of Immigration Appeals on April 14, 2025.

When I asked her to provide a written copy of ICE's response to her, she refused, saying it contained personal ICE officer information and could not be disclosed.

This appointment caused me serious distress because it proved that ICE is justifying its refusal to remove my GPS monitor using false and misleading information, and I am not being given any written decisions or due process.

Signed,
Mark Beliaev

Date: April 17, 2025

# Exhibit G

 Gmail                                    Mark Beliaev <marktv295@gmail.com>

### ICE Response (Intranet Quorum IMA00103381)
2 messages

**Office of Representative Ami Bera(imailagent)** <CA06AB.DistrictServices@mail.house.gov>          Tue, Apr 8, 2025 at 2:50 PM
To: marktv295@gmail.com

April 8, 2025

Dear Mr. Beliaev,

Below please find the response I received from the federal agency regarding the inquiry you requested. The U.S. Immigration and Customs Enforcement writes the following:

Thank you for your inquiry to on behalf of Mark Beliaev regarding removal of his ankle monitor.

Please note all custody determinations, including changes to conditions of release and monitoring are made on a case-by-case basis by U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) Field Office Directors after taking into consideration all the individual circumstances and available documentation. Aliens (or their representatives) who believe they should not be subject to enforcement, or have concerns regarding a custody-related matter, are encouraged to contact the ERO field office with jurisdiction over their case with their request. ERO field offices can be located using the following link: https://www.ice.gov/contact/field-offices

--------------------
While I understand that this is not the information for which you had hoped, please keep in mind that my office is unable to force an agency to act in your favor. As a federal legislator, I am privileged to make inquiries on behalf of my constituents, but I am prohibited by law from dictating the outcome of those inquiries.

I welcome the opportunity to serve you

Be Well,

Ami Bera, M.D.
Member of Congress

*If replying, please do not alter the email subject line to ensure a timely delivery.*

--------------------
**Mark Beliaev** <marktv295@gmail.com>                                               Tue, Apr 8, 2025 at 3:02 PM
To: "Office of Representative Ami Bera(imailagent)" <CA06AB.DistrictServices@mail.house.gov>

Dear Congressman Bera,

Thank you for your response and for taking the time to inquire with U.S. Immigration and Customs Enforcement on my behalf regarding the removal of my GPS ankle monitor.

While I understand the limitations of your office in influencing agency decisions, I sincerely appreciate your efforts and the follow-up you provided. Unfortunately, despite multiple formal requests and continued compliance with all conditions of supervision, I have not received any written explanation or review of my case from ICE.

The ongoing GPS monitoring has caused significant emotional distress, physical discomfort, and barriers to employment. I have now been forced to pursue relief through the federal courts, but I remain hopeful that your office's involvement may eventually help improve conditions for myself and others in similar situations.

Thank you again for your time, and I greatly appreciate your continued service to constituents like me.

Respectfully,
**Mark Beliaev**
[Quoted text hidden]

# Exhibit H

 Gmail

Mark Beliaev <marktv295@gmail.com>

## Regarding DHS CRCL No. CR-019434
1 message

**CRCL Compliance** <CRCLCompliance@hq.dhs.gov>
Reply-To: CRCLCompliance@hq.dhs.gov
To: marktv295@gmail.com

Fri, Feb 21, 2025 at 12:39 PM

Dear Mark Beliaev:

On January 23, 2025, the U.S. Department of Homeland Security (DHS) Office for Civil Rights and Civil Liberties (CRCL) received information from you. We appreciate receiving these concerns. Under 6 U.S.C. § 345 and 42 U.S.C. § 2000ee-1, CRCL reviews and assesses information concerning abuses of civil rights, civil liberties, and profiling on the basis of race, ethnicity, or religion, by employees and officials of DHS. CRCL also reviews allegations that DHS employees, programs, or activities failed to accommodate an individual's disability under Section 504 of the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794.

After reviewing the information, CRCL has recorded it in our database. This will allow us to track these issues to identify potential patterns of civil rights or civil liberties allegations within our jurisdiction. CRCL will take no further action on the information at this time.

Please be advised that our complaint process does not provide individuals with legal rights or remedies. Accordingly, CRCL is not able to obtain any legal remedies or damages on anyone's behalf. Instead, we use complaints we receive to find and address problems in DHS policy and its implementation. If you or anyone else believes their rights have been violated, you may wish to consult an attorney. There may be time limitations that govern how quickly you need to act to protect your interests.

For more information about CRCL's roles and responsibilities, please visit our website at **www.dhs.gov/crcl**.

To learn more about how the public can submit complaints or concerns regarding DHS employees, programs, or activities; alleged violations of civil rights or civil liberties; immigration filings; travel redress; and other types of grievances, visit www.dhs.gov/how-do-i/provide-feedback-dhs.

Please note that Federal law forbids retaliation or reprisal by any Federal employee against a person who makes a complaint or discloses information to CRCL. 42 U.S.C. § 2000ee-1(e). If you believe that you or someone else is a victim of such a reprisal, please contact us immediately.

Thank you again for contacting CRCL. In the future, please contact CRCL if you have a civil rights and civil liberties complaint involving DHS.

Sincerely,

Office for Civil Rights and Civil Liberties
U.S. Department of Homeland Security

 **Homeland Security**

*This message may contain information that is confidential, deliberative, law enforcement sensitive and/or otherwise protected from public disclosure. If it has been sent to you in error, please reply immediately to advise the sender of the error and then*

*destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

Ref:MSG54176940_7cblgldj8nX9uoVYWAD

 **Gmail**                                    **Mark Beliaev <marktv295@gmail.com>**

## ACLU NorCal Request for Assistance
1 message

**ACLU of Northern California** <donotreply@aclunc.org>                    Mon, Jan 27, 2025 at 11:12 AM
To: marktv295@gmail.com

Dear Mark Beliaev:

Thank you for contacting the American Civil Liberties Union of Northern California. Your request for assistance has been received. Unfortunately, the ACLU is unable to offer you assistance at this time. The ACLU is a private, non-profit organization and our limited resources do not allow us to function as a general provider of legal services. Typically, we must confine our involvement to a limited number of cases which raise new constitutional issues or which affect large numbers of people, and these are usually at the appellate level. Our small staff is unable to do research or investigate many of the problems that come to our attention, no matter how legitimate they may be.

Even though the ACLU is not representing you, you may still have a legal claim. You should consider contacting a private attorney or other organizations in order to preserve any such claim as there are time limits that apply to bringing legal claims in court. Your county bar association may have a lawyer referral service through which you can find a lawyer to evaluate your claim. Law Help California may also be of assistance at this time. As well, you may be able to find assistance from the following:

**American Immigration Lawyers Association**
Phone number: 2025077600
https://www.ailalawyer.com/

**Legal Services of Northern California**
517 12th Street
Sacramento CA 95814
Phone number: 9165512150
https://lsnc.net/what-we-do

Below is a list of frequently asked questions with regard to the work that the ACLU typically does and why we may be unable to assist you at this time.

**What are civil liberties and civil rights?**

Civil liberties include freedom of speech, press, religion, and association; due process; equal protection; and privacy. Civil rights include, for example, voting rights; discrimination based on disability, race, sex, sexual orientation, religion or national origin; police reform; and workers' rights.

**How do we choose cases?**

The ACLU generally files cases that affect the civil liberties or civil rights of large numbers of people, rather than those involving a dispute between individual parties. The basic questions we ask when reviewing a potential case are:

- Is this a significant civil liberties or civil rights issue?
- What effect will this case have on people in addition to our client?
- Do we have the necessary resources to take this case?

**What cases affect others?**

Lawsuits can affect a large number of people in two ways. First, we sometimes challenge a policy or practice that directly impacts many people. For instance, if the state cut Medi-Cal funding for abortions from the annual budget, thousands of poor women would be affected. Second, a lawsuit brought on behalf of one person can have a larger impact on others when it establishes or expands legal protections. For example, a lawsuit challenging the denial of health care at a clinic to one HIV+ person, if successful, could set a precedent for thousands of patients in the future.

**Cases without serious factual disputes**

We tend to take cases that do *not* involve complicated disputes of fact, and prefer cases that involve questions of law only. An example of a factual dispute is an employment discrimination case in which the employer claims he fired the employee because of poor job performance and has credible evidence to support that claim, but the employee disputes the evidence.

We often decide not to accept cases involving factual disputes because:

- if a court resolves the facts against the client, it may never reach the civil liberties or civil rights issues;
- if the decision rests upon the specific facts of a case, the case is less likely to have broad impact on many people;
- we have so few staff attorneys that it is difficult for us to devote attorney time to resolving factual disputes.

The ACLU generally does not accept cases in which:

- A person has been fired from a job without a good reason or just cause;
- A person is being denied benefits, such as workers' compensation or unemployment benefits;
- Criminal cases, or complaints about a person's attorney in a criminal case. We consider accepting criminal cases only in limited instances, such as, for example, when a person is being prosecuted for engaging in activity protected by the Constitution – such as participating in a political demonstration.

There are many cases of unfairness and injustice that the ACLU is simply unable to handle. We receive thousands of requests for help each year at this office alone. Therefore, we cannot accept many of the cases that fall within the guidelines discussed above.

**Can the ACLU advise me about my case?**

If we do not accept your case, the ACLU is unable to give you advice about your case, answer questions, or provide other types of assistance – for example, reviewing papers or conducting legal research to assist you. This policy allows us to direct the necessary resources to those cases we do accept.

**Deadlines**

All legal claims have time deadlines. The deadlines may be different depending on who violated your rights and which rights were violated. For some kinds of violations, you may need to file a claim with a government agency before you can sue, and these agencies have their own time deadlines. If you do not comply with the applicable statute of limitations, you may be legally barred from pursuing your claim in court. Contacting the ACLU to describe your problem does not mean that the ACLU represents you, and will not stop the statute of limitations from running. The ACLU cannot give you advice about the deadlines that apply to your case. To protect your rights, please consult an attorney promptly to find out what deadline may apply in your case.

Respectfully,

Intake Counselor
ACLU of Northern California
*Note: This email is sent from an unmonitored mailbox. Please do not reply.*
*This communication is for use by the intended recipient and contains information that may be privileged. Confidential or copyrighted under applicable law. If you are not the intended recipient, you are hereby formally notified that any use, copying or distribution of this communication, in whole or in part, is strictly prohibited. Please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy. This communication does not constitute consent to the use of sender's contact information for direct marketing purposes or for transfers of data to third parties.*

## Exhibit I



Visible bald spots caused by stress from detention and monitoring



# Exhibit J

Despite my qualifications and legal eligibility to work, I was rejected from positions such as this one at Starbucks. During the hiring process, I was repeatedly asked about the ankle monitor, and the presence of the GPS bracelet has interfered with my ability to obtain employment and maintain financial stability.



17.04.2025, 17:99                                    Gmail - Thank you for your interest in Starbucks

**Gmail**                                             Mark Beliaev <marktv295@gmail.com>

**Thank you for your interest in Starbucks**
1 message

**Starbucks Talent Acquisition** <StarbucksRecruiting@recruit.starbucks.com>         Fri, Apr 11, 2025 at 1:18 PM
To: Mark Beliaev <marktv295@gmail.com>

Hello Mark,

Thank you again for your interest in the barista - Store# 13400, I-80 & MADISON, SACRAMENTO opening and considering opportunities at Starbucks. After careful consideration by our hiring team, you have not been selected to move forward in the interview process for the position at this Starbucks location.

We hope you consider applying again soon. Please visit starbucks.com/careers to explore additional opportunities at other Starbucks locations.

Warm Regards,
Starbucks Recruiting Team

*This message is from an unmonitored mailbox; please do not reply to it.*

Starbucks is an equal employment opportunity employer of all qualified individuals. Starbucks does not discriminate on the basis of race, color, religion or religious creed, national origin or place of origin, sex (including pregnancy, childbirth, breastfeeding or related medical conditions), physical or mental disability, age, protected military or veteran status, sexual orientation, gender identity, gender expression, transgender status, genetic information, marital status, citizenship status or any other basis as protected by applicable law.

📎 **this_message_in_html.htm**
   4K

# Exhibit K

 Gmail

**Mark Beliaev <marktv295@gmail.com>**

## Messages Received
1 message

**Judicial Conduct (EOIR)** <Judicial.Conduct@usdoj.gov>                    Wed, Mar 12, 2025 at 6:15 AM
To: Mark Beliaev <marktv295@gmail.com>
Cc: "Judicial Conduct (EOIR)" <Judicial.Conduct@usdoj.gov>

Dear Mark Beliaev,

Our office received your email dated 1/21/2025, your mailed complaint and attachments, and your email dated 3/8/2025. However, we are unable to take action on your concerns. This office handles complaints of misconduct by current Immigration Judges and other adjudicators who work for the Executive Office for Immigration Review (EOIR), a component of the U.S. Department of Justice. The immigration judge listed in your complaint is not an active EOIR adjudicator. Therefore, we consider this matter closed and will take no further action.

Sincerely,

Judicial Conduct and Professionalism Unit

Executive Office for Immigration Review