1

2

3

4

5

6

7                              UNITED STATES DISTRICT COURT

8                              EASTERN DISTRICT OF CALIFORNIA

9

10    MARK BELIAEV,                              No.  2:25-cv-01046-TLN-JDP

11                     Plaintiff,

12           v.                                  **ORDER**

13    U.S. IMMIGRATION AND CUSTOMS
      ENFORCEMENT, et al.,
14
                       Defendants.
15

16

17          On May 9 and May 30, 2025, the magistrate judge filed findings and recommendations

18    herein which were served on Plaintiff Mark Beliaev and which contained notice that any

19    objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff

20    filed objections to the May 9 findings and recommendations on May 13, 2025, and objections to

21    the May 30 findings and recommendations on June 3, 2025.  Those filings were considered by the

22    undersigned.

23          This Court reviews *de novo* those portions of the proposed findings of fact to which

24    objection has been made.  28 U.S.C. § 636(b)(1); *McDonnell Douglas Corp. v. Commodore*

25    *Business Machines*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert. denied*, 455 U.S. 920 (1982).  As

26    to any portion of the proposed findings of fact to which no objection has been made, the court

27    assumes its correctness and decides the motions on the applicable law.  *See Orand v. United*

28    *States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

                                              1

reviewed *de novo. See Britt v. Simi Valley Unified Sch. Dist.,* 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt both proposed Findings and Recommendations in full. Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed May 9, 2025 (ECF No. 8), and May 30, 2025 (ECF No. 12), are adopted;

2. Plaintiff's motion for a permanent injunction (ECF No. 4) is DENIED;

3. Plaintiff's amended complaint (ECF No. 9) is DISMISSED without leave to amend for failure to state a cognizable claim; and

4. The Clerk is directed to close the case.

IT IS SO ORDERED.

Date: July 2, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE